## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER BROWN,** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| | : | |
| **vs.** | : | **NO. 13-4554** |
| | : | |
| **MICHAEL HARLOW, et al.,** | : | |
| **Respondents** | : | |

### O R D E R

**AND NOW**, this   5th      day of May, 2014, upon careful and independent consideration of the petition for writ of *habeas corpus*, the response to the petition with appended exhibits, and available state court records, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge David R. Strawbridge, there being no objections thereto, it is hereby ORDERED that:

1.     The Report and Recommendation is APPROVED and ADOPTED;

2.     The petition for writ of *habeas corpus* is DISMISSED WITH PREJUDICE;

3.     A certificate of appealability SHALL NOT issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right or demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4.     The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel_____
LAWRENCE F. STENGEL, J.